CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
dan.schiess@usdoj.gov

*Attorneys representing the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-mj-00206-BNW |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| AYFER ATILAN, AKA IFER ATILAN, | (Under Seal) |
| Defendant. | |

    The United States moves for leave of Court to dismiss the complaint against the defendant Ayfer Atilan. The United States believes that in the interest of justice the complaint against defendant Atilan should be dismissed. Accordingly, pursuant to Federal Rule of Criminal Procedure 48(a), the United States move for leave of Court to dismiss without prejudice the complaint against defendant Atilan.

    If granted, because Atilan would no longer face any charges in this case, the Government further requests that the Court quash the outstanding warrant for her arrest.

In addition, because there is no longer a risk that Atilan will discover these federal charges and attempt to avoid arrest, the Government also requests that the Court unseal this case and unseal the Complaint.

**DATED** this 9th day of September, 2021.

Respectfully submitted,  
CHRISTOPHER CHIOU  
Acting United States Attorney  

/s/ *Daniel R. Schiess*  
DANIEL R. SCHIESS  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-mj--00206-BNW |
| Plaintiff, | **[Proposed] Order Granting Motion to Dismiss the Complaint** |
| v. | |
| AYFER ATILAN, AKA IFER ATILAN, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Complaint against Defendant Ayfer Atilan.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/*Daniel R. Schiess
DANIEL R. SCHIESS
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Complaint has been dismissed as to Defendant Ayfer Atilan, it is hereby ordered that the warrant for her arrest is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the Criminal Complaint, be unsealed.

DATED this __10__ day of __September__, 2021.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE