CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
dan.schiess@usdoj.gov

*Attorneys representing the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AYFER ATILAN, AKA IFER ATILAN, <br><br> Defendant. | 2:09-mj-00206-BNW <br><br> **GOVERNMENT'S MOTION TO DISMISS COMPLAINT** <br> **(Under Seal)** |

    The United States moves for leave of Court to dismiss the complaint against the defendant Ayfer Atilan. The United States believes that in the interest of justice the complaint against defendant Atilan should be dismissed. Accordingly, pursuant to Federal Rule of Criminal Procedure 48(a), the United States move for leave of Court to dismiss without prejudice the complaint against defendant Atilan.

    If granted, because Atilan would no longer face any charges in this case, the Government further requests that the Court quash the outstanding warrant for her arrest.

In addition, because there is no longer a risk that Atilan will discover these federal charges and attempt to avoid arrest, the Government also requests that the Court unseal this case and unseal the Complaint.

**DATED** this 9th day of September, 2021.

>Respectfully submitted,
>CHRISTOPHER CHIOU
>Acting United States Attorney
>
>/s/ *Daniel R. Schiess*
>DANIEL R. SCHIESS
>Assistant United States Attorney

## Order

IT IS ORDERED that ECF No. 8 is DENIED as moot. The case was dismissed at ECF No. 7.

**IT IS SO ORDERED**
**DATED:** 10:08 am, October 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2